UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-00052-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| KATRICIA SCOTT HUITT | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se Motion to Establish a Restitution Payment Schedule. (Doc. No. 22).

Apparently, the defendant is enrolled in the Inmate Financial Responsibility Program ("IFRP"). Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by her involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in her trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately, recommended participation in the IFRP, and set a schedule of $50 per month following release from imprisonment. (Doc. No. 20: Judgment at 2, 6). In the motion, the defendant requests that the Court set a payment plan while she is in custody of $25 per quarter because of her minimal earnings and the financial burden on her husband. (Doc. No. 22: Motion at 1). Assessment of the defendant's financial situation while in custody is most properly left to the discretion of the Bureau of Prisons. The defendant has the choice of whether to remain in the IFRP, or can challenge its execution through administrative remedies.

**IT IS, THEREFORE, ORDERED**, that the defendant's request to establish a payment schedule, (Doc. No. 22), is **DENIED**.

1

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 29, 2023

Robert J. Conrad, Jr.
United States District Judge